United States District Court
Eastern District of Texas
Tyler Division

Marcus Scott

V.

Srg. Jones, et al.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 12 2023
BY DEPUTY
Civil Action # 6:23CV291
JCB-KNM

## Formal Complaint Attachment

Before United States District Court is Plaintiff's Marcus Scott's under assigned MARCUS SCOTT – TDCJ-CID# 02239460 Prisoner's Civil Rights Complaint presenting violations of 1st, 5th, 8th, 14th Amendments of U.S Constitution with record evidence currently available presented as Exhibits, the presentation is presented as follows:

Plaintiff is held confined at TDCJ-CID's Michael's Unit 2664 FM 2054, Tennessee Colony, Texas, where before Plaintiff was/is subjected to G-4 Custody Status liberty restrictions, loss of privileges despite the fact Defendant #1 Srg. Jones – Charging Officer created an injury by false information processing; use of untruthful and inaccurate information on an Offense Report document which was further used on disciplinary Case# 20230570744 Offense description misrepresenting Plaintiff's words used declaring He was intending to take Legal Action because He was being house improperly with one quarntined for Covid-19, For 32 days

Srg. Jones took Plaintiff's statement as a Threat writing whatever seen on disciplinary Case document and Offense Report For this very reason TDCJ Administration overturned said

1 of

disciplinary action however Plaintiff suffered injury, mental and emotional harm inflicted through causing of loss of Shortway parole privileges, loss of fear decision to deny parole because under TDCJ-CID Disciplinary Procedures and rules Policy #6. The Disciplinary History may be provided to Parole and used to make/in determining parole eligibility, meaning Plaintiff suffered unfair decision to deny parole, loss of contact with family members who (died) passed on, loss of good time, w/ all loss apart of punishment issued,

Additionally Dec. 18th, 2022 this disciplinary action - For threating an officer was Overturned after initial discovery of violation on or about June 15th, 2022, for all suffered injury and losses Plaintiff is requesting a civil penalty 30,000 issued ordered from Srg. Jones, Defendant #1.

Yet there after Plaintiff remained under G-4 custody status forced to loiter in G-4 Custody Status untill Defendant #2. - Charging Officer: Albert Arnold made information processing disciplinary Case # 20230070749 Contraband Case For Tabacco however Safe Prisons Final Outcome Of Investigation # 61456 determination Finding Substantiated Contraband held under Threat Of Violence, based on the evidence said evidence should have been Insufficient to find Plaintiff Guilty, however Warden J. Clark Defendant #3 who made Substantiated Finding of Threat of Violence with Boyd Unit Classification Committee made injurious decision to maintain Plaintiff under G-4 custody Status liberty restrictions. When Clearly one or were proceeded right when violated and According To TDCJ Appeal process policy this fact warrant Case overturned, Additionally plaintiff oral Request for assist in filing appeal was denied before Plaintiff clerical uncemysfell access to the grievance process proceeded,

2 of

...chael unit Violate my Constitution and by-laws and my First Amendment
, exercise my Religone. In my Constitution By-law they Violate
4 All members must preserve these Holy and Divine laws and
ll member must obey the laws of the government, because by being
a moorish American, you are a part and partial of the
government, and must live life accordingly.
Act 5 This organization of the moorish Science Temple of America
is not to cause any confusion or to overthrow the Laws and Constitution
of the said government but to obey hereby.
As Being A moorish American I have the Right to keep my
property and the Unite State do not have No Right over my stuff
In the holy Koran Shew you that Noble Drew Ali made Should
that if you proclaim your nationality that we are protect by the
Moorish Science Temple of American Law and Constitution and
by-laws.

Marcus Scott
# TDCJ 02239460
Michael unit
2664 FM 2054
Tenessey Colony TX
75886