UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00291

———

**Marcus Scott Bey,**
*Plaintiff,*

v.

**Larry Jones et al.,**
*Defendants.*

———

# ORDER

Plaintiff Marcus Scott Bey, an inmate within the Texas Department of Criminal Justice (TDCJ) proceeding pro se, filed this civil rights lawsuit. Doc. 9. The case was referred to a magistrate judge. Doc. 2.

The magistrate judge's report and recommendation concluded that the court should dismiss plaintiff's case without prejudice for failing to comply with a court order and failing to prosecute the case. Doc. 19 at 3. The report also recommended that the court suspend the statute of limitations for a period of 45 days from the final judgment date. *See Campbell v. Wilkinson*, 988 F.3d 798, 801 n.1 (5th Cir. 2021) ("Where further litigation of [a] claim will be time-barred, a dismissal without prejudice is no less severe a sanction than a dismissal with prejudice . . . .").

The court mailed the report to plaintiff at his last-known address, but the mail was returned as "undeliverable," with a notation that plaintiff had been "discharged." Doc. 20. Plaintiff filed neither objections nor a change of address notice.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice for failing to comply with a court order and failing to

prosecute the case. The statute of limitations in this proceeding is suspended for 45 days from the final judgment date. Any pending motions are denied as moot.

*So ordered by the court on October 2, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge