UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00291

———

**Marcus Scott Bey,**

*Plaintiff,*

v.

**Larry Jones et al.,**

*Defendants.*

———

# FINAL JUDGMENT

The court, having rendered its decision by separate order, enters judgment that all claims in this matter are dismissed without prejudice. The clerk of court is directed to close the case.

*So ordered by the court on October 2, 2025.*

J. CAMPBELL BARKER
United States District Judge